FILED

1 Name: Agee, Mary Louise James
2 Address: 360 E Gladstone St. #313
3 Azusa Ca. 91702
4 Phone: 909-864-1234
5 Plaintiff In Pro Per

2022 FEB 22 PM 4: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___KMH___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Agee, Mary Louise James,

PLAINTIFF,

vs.

Performance Ford
2000 E. Garvey Ave. S
West Covina Ca. 91791
626-534-6000

DEFENDANT(S).

Case No.: 2:22-CV-1203-SB-MRWx
(To be supplied by the Clerk)

COMPLAINT FOR:
_____
_____
_____
_____
_____

Jury Trial Demanded

## I. JURISDICTION

1. This Court has jurisdiction under _____
_____
_____
_____
_____
_____
_____

Pro Se Clinic Form                        Page Number

## II. VENUE

2. Venue is proper pursuant to _____

## III. PARTIES

3. Plaintiff's name is <u>Agee, Mary Louise James</u>. Plaintiff resides at: <u>360 E. Gladstone St. #313</u>
<u>Azusa Ca. 91702</u>
<u>909-864-1234</u>
<u>thekey2math1st@gmail.com</u>

4. Defendant <u>Performance Ford</u>
<u>2000 E. Garvey Ave. S</u>
<u>West Covina Ca. 91791</u>

5. Defendant _____

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( Over Charged $7,000.00 )
*insert title of cause of action*

(As against Defendant(s): Performance Ford )

_Insert ¶ #_

_Insert ¶ #_

_Insert ¶ #_

Pro Se Clinic Form                                   Page Number

Agee, Mary Louise Agee
360 E. Gladstone St #313

## IV. STATEMENT OF FACTS

1. Plaintiff Mary Louise James Agee had in hand a card that cover credit to buy a ford, card for $32,000.00 dollars. There was no need to buy her nissan nor did she offer it. Her car (nissan) was taken and then she was charged $7,000.00 onto $32,000.00. Days later the deal was closed and her nissan returned. 2 tires missing & car not running the same.

2. Contract had wrong address. Wrong price, over charged. Theft of nissan, and possibly parts from the nissan car.

Pro Se Clinic Form            Page Number

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

*Insert ¶ #*
_____
_____
_____
_____

*Insert ¶ #*
_____
_____
_____
_____

*Insert ¶ #*
_____
_____
_____
_____

*Insert ¶ #*
_____
_____
_____

Pro Se Clinic Form                    *Page Number*

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 2-22-2022

Sign: *Mary Louise James Agee*
Print Name: Mary Louise J Agee
Plaintiff in pro per

# MY CIVIL COMPLAINT

MARY LOUISE JAMES AGEE

360 EAST GLADSTONE STREET

AZUSA CALIFORNIA 91702

909-864-1234

Email – thekey2math1st@gmail.com

**NAME OF DEFENDANT**   FORD PERFORMANCE FORD

2000 EAST GARVEY AVE. SOUTH

WEST COVINA CALIFORNIA 91791

1-626-534-6000

I received a card that gave me 32,000.00 credits to purchase a car. I went to Ford Performance car lot. I never got out of my car due to problems with my knees. It took hours. It took hours. Finally it ended up with credit for my Nissan of 7,000.00 credits. The final bill ended up $43,676.80.

That was a big mistake. We decided to cancel this deal. My Nissan which was running very good now has more than one problem, 2 missing tires, and I want to sue.

Papers are attached.

T494331774-DP494331777 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

Case 2:22-cv-01203-SB-MRW  Document 1  Filed 02/22/22  Page 8 of 12  Page ID #:8

LAW 553-CA-ARB-e 7/16

# RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

Dealer Number: N/A   Contract Number: N/A   R.O.S. Number: N/A   Stock Number: N/A

**Buyer Name and Address** (Including County and Zip Code)
MARY AGEE
2035 SUNRISE LN
San Bernardino, CA 92404-5847 SAN BERNARDINO

*[handwritten: May address 360 E Gladstone]*

**Co-Buyer Name and Address** (Including County and Zip Code)
N/A
*[handwritten: Please correct Mary Louise James Agee Azusa Ca 91702]*

**Seller-Creditor (Name and Address)**
WC PERFORMANCE FORD INC
2000 EAST GARVEY AVE SOUTH
West Covina, CA 91791

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on all pages of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| Used | 2018 | Ford Transit Connect Van | 31947 | NM0LS6E74J1363037 | Personal, family or household unless otherwise indicated below. ☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 7,000.00 is |
|---|---|---|---|---|
| 5.99 % | $ 6,006.10 (e) | $ 30,670.70 (e) | $ 36,676.80 (e) | $ 43,676.80 (e) |

(e) means an estimate

*[handwritten: $36,670.70]*

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| 72 Payments | $ 509.40 | Monthly beginning 12/13/2021 |
| N/A | N/A | N/A |
| One final payment | N/A | N/A |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### STATEMENT OF INSURANCE
**NOTICE.** No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**

| | Term | Premium |
|---|---|---|
| $ N/A Ded. Comp., Fire & Theft | N/A Mos. | $ N/A |
| $ N/A Ded. Collision | N/A Mos. | $ N/A |
| Bodily Injury $ N/A Limits | N/A Mos. | $ N/A |
| Property Damage $ N/A Limits | N/A Mos. | $ N/A |
| Medical N/A | N/A Mos. | $ N/A |
| N/A | N/A Mos. | $ N/A |
| Total Vehicle Insurance Premiums | | $ N/A |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X A  *Mary Agee*
Co-Buyer X A  N/A
Seller X A  *Remon Ghabriall*

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 7 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X B  *Mary Agee*
Co-Buyer Signs X B  N/A

## AUTO BROKER FEE DISCLOSURE
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable: N/A

Thursday, February 03, 2022

360 East Gladstone Street # 313

Azusa California 91702

909-864-1234


Ford Performance Ford

2000 East Garvey Ave. South

West Covina, California 91791


Dear Sir:

I am writing you, your company and your lender due to the action that was brought on me and my car while hopefully trying to purchase one of your vehicles. The time it took, then being guided to drive to an unlighted parking space, then confronted with papers to sign in the dark.

After the sale was completed being tricked to leave my Nissan vehicle with a promise I was given $7,000.00 credit.

I have since found that my rear tires are not the tires my Grandsons bought for me, also feeling maybe something was removed from my car because when turning either way right or left there is a strange loud noise. We have taken the car to more than one mechanics but none has found the reasons this is happening.

The other reason I am choosing to take this step is why your lender is insisting on using my old home and business address 2035 Sunrise Ln. San Bernardino Ca. 92404.

I feel the only way to solve your misuse of this sale, and me is to take you to court to openly find out why.


Respectfully



Mary Louise James Agee

Saturday, October 30, 2021

360 East Gladstone Street # 313

Azusa California 91702

909-864-1234


Ford Performance Ford

2000 East Garvey Ave South

West Covina, California 91791


I purchased a 2018 Transit Connect Ford yesterday. I went to your lot because I received an invitation in my mail from your ford company giving me an invitation to purchase a vehicle from your dealership in West Covina it said up to 32,000.00. I gave the letter to my salesman Michael Aragon. I am writing to ask for a copy of that offer that was sent to my address in Azusa.

I thought it quite strange that sales Manager wanted to use my old address on the contract. I was asked did I receive mail there. I no longer live there, but I did put in a change of address for my business Day Break Studies and I am thinking it will always be forward.

I wanted to cancels the sale because I felt a little uneasy even though I really wanted the truck because it could carry my wheel chair. Please send me a copy of that sales pitch with my address on it.

You guys were great, managed the sale like champs. Thank you.


Respectfully

Mary Louise James Agee

PS. Looking more close to the documents you had me sign there are a few mistakes. I would not have agreed with and I am sure you will want to correct them. Lets meet to make these correction.

**PERFORMANCE FORD**
2000 E GARVEY AVE S
WEST COVINA, CA 91791
626-534-6000

DEAL# 36155
CUST# 43992

## AGREEMENT TO CANCEL CONTRACT

Customer Name(s): **MARY AGEE**                                              Date: **11/02/2021**

Address: **2035 SUNRISE LN    SAN BERNANDINO   CA   91702**

Home Telephone: **909-864-1234**                               Work Telephone: _____

DESCRIPTION OF ORIGINAL CONTRACT    ☒ RETAIL INSTALLMENT SALE    ☐ LEASE

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER | CONTRACT NO. |
|---|---|---|---|---|
| 2018 | FORD | TRANSIT CONN | NM0LS6E74J1363037 | |
| CONTRACT RATE/APR | AMOUNT FINANCED | NO. OF PAYMENTS/TERM | | FIRST PAYMENT AMOUNT |
| 5.99 | $ 30670.70 | 72 | | $ 509.40 |

*Complete ONLY if Customer selects and signs Option B below.*

DESCRIPTION OF NEW CONTRACT NO. **N/A**         ☐ RETAIL INSTALLMENT SALE    ☐ LEASE

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER | DATE OF CONTRACT |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| CONTRACT RATE/APR | AMOUNT FINANCED | NO. OF PAYMENTS/TERM | | FIRST PAYMENT AMOUNT |
| 0.00 | $ N/A | N/A | | $ N/A |

The Dealership has explained to me that it was not able to assign the Original Contract described above to a financial institution with whom it regularly does business on acceptable terms. Therefore, the Original Contract has been canceled (rescinded) pursuant to the agreement between us.

Having been advised that the Contract has been cancelled, I understand that I have the option to enter into a New Contract or to return the vehicle and to have any consideration that I paid to the Dealership returned to me in accordance with the Contract.

**Having been advised of these options:**

A. **I HAVE DECIDED TO RETURN THE VEHICLE.** I have decided not to enter into a New Contract. I understand that upon my return of the vehicle to the Dealership, the Dealership will return any consideration received from me, in accordance with the agreed upon terms and conditions. For valuable consideration and by mutual consent, the Original Contract has been mutually rescinded.

_M Agee_                                                                _N/A_
Customer Signature                                          Customer Signature

B. **I WISH TO ENTER INTO A NEW CONTRACT.**
I understand that I am not required to accept the vehicle initially delivered (or a different vehicle) under different terms than those originally agreed upon. I have decided, of my own free will and without any coercion on the part of any Representative of the Dealership, to enter into a New Contract and to apply any payments made by me and the Trade-In Allowance (if any) to the new transaction.

By signing below, I acknowledge that I have been provided with a copy of the New Contract and any related documents. I have also had the opportunity to review and ask any questions I have concerning them.

_____                         _N/A_
Customer Signature                                            Customer Signature

Approved by: _____                               **11/02/2021**
                Authorized Dealership Representative                              Date

53031*1*WCFORD-FI

DealerCAP                         CATALOG #8963710                         © 2015 CDK Global, LLC  (01/16)

# NOTICE OF TRANSFER AND RELEASE OF LIABILITY

MAIL THIS FORM TO DMV
OR FILE ONLINE
AT dmv.ca.gov

**DMV MICROGRAPHICS USE ONLY**

**NEW OWNER'S LAST NAME (OR) COMPANY NAME**    **FIRST**    **ODOMETER READING (NO TENTHS)**

**NEW OWNER'S ADDRESS**    **APT NUMBER**

**CITY**    **STATE**    **ZIP CODE**    **DATE OF SALE, TRANSFER, OR LEASE RETURN** MO. DAY YR.

**SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME**    **FIRST**    **SELLING PRICE (NO CENTS)** WHOLE DOLLARS

**SELLER'S OR LESSEE'S ADDRESS**    **APT NUMBER**    **IF VEHICLE IS A GIFT, ENTER 0 FOR SELLING PRICE**

**SELLER'S OR LESSEE'S SIGNATURE**
X M Agee

**CITY**    **STATE**    **ZIP CODE**

**VEHICLE LICENSE OR CF NUMBER**    **MAKE OR BUILDER**   **YEAR**   **MODEL**    **VEHICLE ID OR VESSEL HULL NUMBER**

**WARNING!** *You must provide accurate, legible information: vehicle/vessel description, your name/address, buyer's name/address, and date of sale, transfer, or lease return, or the information SHALL NOT be updated or retained.*

LAW FORM NO. LAWCA-1000-NA (Rev. 7/18)
©2018 The Reynolds and Reynolds Company  TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
The Printer makes no warranty, express or implied, as to content or fitness for purpose of this form. Consult your own legal counsel.

**BUYER'S COPY**

---

↑ Fold Here and Tear on Dotted Line

## Identification of Parties

**Trade Customer Name(s)**
Mary AGEE

| Address Street | City | State | Zip | Date |
|---|---|---|---|---|
| 2025 Sunrise Ln | San bernardino | CA | 91702 | 11/02/21 |

**Dealership Name**
Palomare Ford

| Address Street | City | State | Zip | Date |
|---|---|---|---|---|
| 2000 E Garvey Ave | West Covina | CA | 91791 | 11/02/21 |

## Identification of Vehicle ("Vehicle")

| Year | Make | Model | VIN |
|---|---|---|---|
| | | | |

## Authorization for Payoff

ATTENTION: _____
Vehicle Lienholder

You are authorized and instructed to accept from the Dealership the pay-off due on my account in the amount of $ _____ and deliver to Dealership the properly endorsed certificate of title for the Vehicle. Please note that Vehicle Code section 5753 requires that you release your security interest and mail, transmit, or deliver the vehicle's certificate of ownership to Dealership within 15 business days after receiving payment in full for the satisfaction of a security interest. Your failure to comply with this code section can result in statutory penalties of $25 per day of noncompliance (up to a maximum of $7,500) as well as costs and reasonable attorneys fees. You are authorized to cancel any insurance policy or service contract covering Vehicle and apply the unearned premium to my account.

Date _____  M Agee
Trade Customer Signature     Trade Customer Signature

LAW FORM NO. LAWCA-1000-NA (Rev. 7/18)
©2018 The Reynolds and Reynolds Company  TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
The Printer makes no warranty, express or implied, as to content or fitness for purpose of this form. Consult your own legal counsel.

**AUTHORIZATION FOR PAYOFF**